MINUTE ENTRY
JUDGE SEAR
FEBRUARY 11, 2000

FILED
U.S. DISTRICT COURT
FEB 14  9 12 AM '00
LORETTA WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COPELCO CAPITAL, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-401 |
| MITCHELL & CASAMA, INC., ET AL. | * | SECTION "G" |

**O R D E R**

Plaintiff's complaint fails to satisfy the Court that complete diversity of citizenship exists as required to establish the Court's jurisdiction over the subject matter of this case.

Accordingly,

IT IS ORDERED that counsel for plaintiff show cause why the case should not be dismissed. This shall be done not later than February 25, 2000.

New Orleans, Louisiana, this 11th day of February, 2000.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

FEB 1 4 2000

DATE OF ENTRY_____