MINUTE ENTRY
JUDGE SEAR
FEBRUARY 22, 2000



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COPELCO CAPITAL, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-401 |
| MITCHELL & CASAMA, INC., ET AL. | * | SECTION: G |

On February 11, 2000, the Court ordered Plaintiff, Copelco Capital, Inc., to show cause why this case should not be dismissed for lack of diversity of citizenship. In response to the Court's order, Plaintiff submitted a memorandum addressing the citizenship of each party in this action. Upon review of Plaintiff's memorandum, the Court is satisfied that federal jurisdiction over the subject matter of this case exists.

New Orleans, Louisiana, this 23rd day of February, 2000.

　　　　　　　　　　　　　　　　　　MOREY L. SEAR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 24 2000