U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 5 2000
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
MAY 5, 2000
SEAR, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following case will be called on Wednesday, May 31, 2000 at 9:30 a.m. before the Honorable Morey L. Sear, United States District Judge, Room C-268, 500 Camp St. New Orleans, Louisiana.

Counsel are ordered to enter a default against the defendants who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with F.R.Civ.P. 41(b).

99-3815   WAYNE LEBLEU & ASSOC. vs. JOHN RAYMOND KRAWCHISON

00-237    PING AN INS. CO. OF CHINA vs. COSCO BULK CARRIER CO.

00-401    COPELCO CAPITAL, INC. vs. MITCHELL & CASAMA, INC.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  MAY 5 2000