```
                                            FILED
                                    U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2000 JUN -2  A 8:58

                                    LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
SEAR, JUDGE
June 1, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COPELCO CAPITAL, INC. | CIVIL ACTION |
| VERSUS | NO. 00-401 |
| MTICHELL & CASAMA, INC. | SECTION "G" |

ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiff that the parties to this action have firmly agreed upon a compromise as to the plaintiff's claims, and that they need only execute releases in accordance with their agreement;

IT IS ORDERED that plaintiff's claims against defendants are hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within 60 days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

JUN - 2 2000