

```
      FILED
  U.S. DISTRICT COURT
 EASTERN DISTRICT OF LA

 2001 MAR -9  PM 3: 24

   LORETTA G. WHYTE
        CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COPELCO CAPITAL, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-401 |
| MITCHELL & CASAMA, INC., ET AL | * | SECTION: "G" |

* * * * * * * * * * * * * * * * * * * * * *

### MOTION [AND INCORPORATED MEMORANDUM] TO ENFORCE SETTLEMENT, INCLUDING ENTRY OF CONSENT JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Copelco Capital, Inc., (n/k/a Citicorp Vendor Finance, Inc.) ("Copelco"), plaintiff herein, which respectfully moves this Court as follows:

I.

On February 8, 2000, plaintiff, Copelco, filed a Complaint seeking sums due pursuant to the terms of three (3) separate leases for various medical equipment leased to defendant, Mitchell & Casama, Inc. Defendant, George Mitchell, served as guarantor on each of the three (3) leases. The combined principal sum sued upon herein is THREE HUNDRED SIXTEEN THOUSAND FOUR HUNDRED AND TWENTY-TWO & .22/100 ($316,422.22) DOLLARS.



II.

On May 18, the defendants filed an Answer, while the parties negotiated a settlement.

III.

The parties agreed to settle this matter as evidenced by attached correspondence dated May 18, 2000, which includes the agreement of the defendants, through their counsel, Mr. Barry Miller. These documents are attached *in globo* as Exhibit "A".

IV.

Thereafter, on June 1, 2000, undersigned counsel enclosed a formal Settlement Agreement, along with the Consent Judgment, as agreed to by the parties. In the meantime, pursuant to the terms of the Settlement, the defendants made five (5) payments of EIGHT THOUSAND EIGHT HUNDRED ($8,800.00) DOLLARS each, the last of which was received on November 21, 2000 (to fulfill the October obligation). Pursuant to the terms of the Settlement Agreement, the first payment which was not made by defendant was due on November 15, 2000, and no payment has been received thereafter (except for the late payment received on November 21, 2000, which was for the month of October).

V.

Undersigned counsel, by letter dated August 2, 2000, again requested that defendants execute the Settlement Documents. A copy of that letter is attached hereto as Exhibit "B". The signed Settlement Documents were not received.

## VI.

Following the default of the defendants in making the November 15, 2000 payment, undersigned counsel sent to opposing counsel the letter (attached hereto as Exhibit "C") dated December 27, 2000. Opposing counsel responded with a January 11, 2001 letter (attached as Exhibit "D"), in which the defendants indicate that they are hopeful for a loan which would resolve the matter.

## VII.

As of this date, defendants have failed to make any payments to cure the default in the Settlement Agreement; the defendants have failed to sign the Settlement Documents as agreed to by the parties; and the defendants have failed to obtain financing to pay this debt, as suggested in counsel's January 11 letter. Therefore, plaintiff, Copelco, moves this Court to enforce the Settlement Agreement reached between plaintiff and defendants, Mitchell & Casama, Inc., and George Mitchell, including entry of the Consent Judgment as agreed upon by the parties, for the full amount of the principal, plus all interest, penalties, reasonable attorney's fees and costs incurred.

**WHEREFORE**, plaintiff, Copelco Capital, Inc. (n/k/a Citicorp Vendor Finance, Inc.), respectfully moves this Court to enforce the Settlement Agreement between the parties, including the entry of the Consent Judgment as agreed upon by the parties, at which time plaintiff,

Copelco, may proceed to execute on such judgment in light of the defendants' breach of such settlement agreement.

                                    Respectfully submitted,

                                    HAILEY, MCNAMARA, HALL, LARMANN
                                          & PAPALE, L.L.P.

                                  By: _____
                                      KURT D. ENGELHARDT (LA #16902)
                                      WILLIAM R. SEAY (LA #11904)
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Attorneys for Plaintiff, Copelco Capital, Inc.

                              **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this ____ day of March, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid and/or by facsimile service.

                                          _____
                                          KURT D. ENGELHARDT

504 732-0097

# HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.
### ATTORNEYS AT LAW

SUITE 1400  836-6500
ONE GALLERIA BLVD.
METAIRIE, LA 70001
TELEPHONE: (504) 836-6500
TELECOPIER: (504) 836-6565
www.haileymcnamara.com

MAILING ADDRESS:
P.O. BOX 8288
METAIRIE, LA 70011-8288

May 18, 2000

**VIA FACSIMILE (225) 296-0569**

Barry Miller, Esquire
P.O. Box 86279
Baton Rouge, Louisiana 70879-6279

    RE:   *Mitchell & Casama, Inc. - Copelco Capital, Inc.*
          Our File No: 1845-50332-KDE

Dear Barry:

    I am in receipt of your fax transmission of May 17, 2000, which I have forwarded to and discussed with my client. I respectfully submit the following counter.

    Copelco is willing to accept payment of the entire principle, as set froth in the litigation, which totals $316,664.19, payable over 36 months, at the monthly rate of $8,800.00. Copelco is unwilling to extend payment beyond 36 months.

*Kurt,*
*O.k. — If we make the first Paymet Due on June 15, 2000.*
*Barry*

**EXHIBIT "A"**

## HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| JAMES W HAILEY, JR •<br>W MARVIN HALL •<br>LAURENCE E LARMANN •<br>ANTONIO E PAPALE, JR •<br>RICHARD T SIMMONS, JR •<br>DOMINIC J OVELLA<br>MICHAEL P MENTZ<br>DAVID K PERSONS<br>JOHN T CULOTTA • ††<br>MICHAEL J VONDENSTEIN<br>C KELLY LIGHTFOOT<br>JOHN E UNSWORTH, JR<br>JULIE DiFULCO ROBLES<br>CLAUDE A GRECO<br>VALERIE T SCHEXNAYDER<br>W EVAN PLAUCHÉ<br>KURT D ENGELHARDT<br>KATHRYN T WIEDORN<br>W GLENN BURNS<br>F THEODORE LE CLERCQ †✩◇<br>BARBARA B O'DONNELL<br>JOSEPH L SPILMAN, III ▽△∨<br>CAROLINE D IBOS<br>ROBERT D FORD | SUITE 1400<br>ONE GALLERIA BLVD.<br>METAIRIE, LA 70001<br>TELEPHONE: (504) 836-6500<br>TELECOPIER: (504) 836-6565<br>www.haileymcnamara.com<br><br>MAILING ADDRESS<br>PO BOX 8288<br>METAIRIE, LA 70011-8288 | OF COUNSEL<br>HENRY D McNAMARA, JR<br><br>WILLIAM R SEAY, JR<br>JAMES W HAILEY, III<br>LYNNETTE HALL-LEWIS<br>KEVIN O LARMANN<br>TAMMY M. STEWART<br>DAVID K GROOME, JR<br>DAVID B GOOCH<br>KRISTEN M BAUMER<br>GABRIEL J VENINATA<br>J BART KELLY, III<br>ROGER A JAVIER<br>KELLY E O'HARA<br>ERIN F LORIO<br>LORIE G DeMARCAY<br>ALAYNE R CORCORAN<br>KELLY L COVINGTON<br><br>• PROFESSIONAL CORP<br>ALSO ADMITTED IN<br>† SOUTH CAROLINA<br>†† TEXAS<br>✩ TENNESSEE<br>△ WASHINGTON, D C<br>▽ MARYLAND<br>∨ ALABAMA<br>◇ MISSISSIPPI |

May 18, 2000

**VIA FACSIMILE (225) 296-0569**

Barry Miller, Esquire
P.O. Box 86279
Baton Rouge, Louisiana 70879-6279

   *RE: Mitchell & Casama, Inc. - Copelco Capital, Inc.*
      *Our File No: 1845-50332-KDE*

Dear Barry:

  I am in receipt of your fax transmission of May 17, 2000, which I have forwarded to and discussed with my client. I respectfully submit the following counter.

  Copelco is willing to accept payment of the entire principle, as set froth in the litigation, which totals $316,664.19, payable over 36 months, at the monthly rate of $8,800.00. Copelco is unwilling to extend payment beyond 36 months.

  As set forth in your letter, this agreement shall be secured by a Consent Judgment entered in the Federal Court litigation, for the full amount prayed for, plus interest, and any and all penalties, reasonable attorney's fees, and costs. It is understood that the Consent Judgment shall not be subject to execution as long as your client is current on the monthly payments.

  Also, it shall be agreed that your client shall be responsible for any and all property taxes or other levys on the property from date of settlement forward.

  Please let me know if this is acceptable, and I will begin preparing documentation accordingly.

Barry Miller, Esquire
May 18, 2000
Page 2


With very kind regards, I remain

Very truly yours,

KURT D. ENGELHARDT

KDE/cf

# HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.
## ATTORNEYS AT LAW

JAMES W HAILEY, JR *
W MARVIN HALL *
LAURENCE E. LARMANN *
ANTONIO E. PAPALE, JR. *
RICHARD T SIMMONS, JR. *
DOMINIC J OVELLA
MICHAEL P MENTZ
DAVID K PERSONS
JOHN T CULOTTA * ††
MICHAEL J VONDENSTEIN
C KELLY LIGHTFOOT
JOHN E UNSWORTH, JR
JULIE DiFULCO ROBLES
CLAUDE A GRECO
VALERIE T SCHEXNAYDER
W EVAN PLAUCHE
KURT D ENGELHARDT
KATHRYN T WIEDORN
W GLENN BURNS
F THEODORE LE CLERCQ †☆◊
BARBARA B O'DONNELL
JOSEPH L SPILMAN, III ▽△V
CAROLINE D IBOS
ROBERT D FORD

SUITE 1400
ONE GALLERIA BLVD.
METAIRIE, LA 70001
TELEPHONE: (504) 836-6500
TELECOPIER: (504) 836-6565
www.haileymcnamara.com

MAILING ADDRESS:
P.O. BOX 8288
METAIRIE, LA. 70011-8288

OF COUNSEL
HENRY O. McNAMARA, JR

WILLIAM R. SEAY, JR
JAMES W. HAILEY, III
ALAYNE R CORCORAN
LYNNETTE HALL-LEWIS
KEVIN O LARMANN
TAMMY M STEWART
DAVID K. GROOME, JR
DAVID B. GOOCH
KRISTEN M BAUMER
GABRIEL J. VENINATA
J. BART KELLY, III
ROGER A JAVIER
KELLY E. O'HARA
ERIN F LORIO
KELLY L. COVINGTON
LORIE G DEMARCAY
DARREN A PATIN
MARC J. BITNER
MELISSA L. ADERHOLD
STACY D. HYDE

* PROFESSIONAL CORP
ALSO ADMITTED IN
† SOUTH CAROLINA
†† TEXAS
☆ TENNESSEE
△ WASHINGTON, D C
▽ MARYLAND
V ALABAMA
◊ MISSISSIPPI

August 2, 2000

Barry Miller, Esq.
P.O. Box 86279
Baton Rouge, Louisiana 70879-6279

RE: **Mitchell & Casama, Inc. - Copelco Capital, Inc.**
**Our File No: 1845-50332-KDE**

Dear Barry:

Although we have reached a settlement in the above captioned matter, I do not believe that the settlement documents have ever been signed. I am enclosing a copy of the settlement agreement, signed by Capelco and me, for your file. I ask that you please return the signed settlement agreement with the signatures of your client and yourself at your earliest convenience. Without the signatures, I can only believe that my client would have the right to pursue the remainder of the debt, although we would much prefer to have a "signed and sealed" settlement document representing our agreement at this time.

I trust that this will receive your prompt attention.

With very kind regards, I remain

Very truly yours,

KURT D. ENGELHARDT

KDE/lc
Enclosure


EXHIBIT "B"

## HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.
### ATTORNEYS AT LAW

JAMES W HAILEY, JR *
W MARVIN HALL *
LAURENCE E LARMANN *
ANTONIO E PAPALE, JR *
RICHARD T SIMMONS JR *
DOMINIC J OVELLA
MICHAEL P MENTZ
DAVID K PERSONS
JOHN T CULOTTA * **
MICHAEL J VONDENSTEIN
C KELLY LIGHTFOOT
JOHN E UNSWORTH JR
JULIE DiFULCO ROBLES
CLAUDE A GRECO
VALERIE T SCHEXNAYDER
W EVAN PLAUCHE
KURT D ENGELHARDT
W GLENN BURNS
F THEODORE LE CLERCQ † ▽ ◊
BARBARA B O'DONNELL
JOSEPH L SPILMAN, III ▽ △ V
CAROLINE D ISOS
ROBERT D FORD

SUITE 1400
ONE GALLERIA BLVD.
METAIRIE, LA 70001
TELEPHONE: (504) 836-6500
TELECOPIER: (504) 836-6565
www.haileymcnamara.com

MAILING ADDRESS
P O BOX 8288
METAIRIE, LA 70011-8288

OF COUNSEL:
HENRY D MCNAMARA JR

WILLIAM R SEAY JR
JAMES W HAILEY, III
ALAYNE R CORCORAN
KEVIN O LARMANN
TAMMY M STEWART
DAVID K GROOME, JR
DAVID B GOOCH
KRISTEN M BAUMER
GABRIEL J VENINATA
J BART KELLY III
ROGER A JAVIER
KELLY E. O'HARA
ERIN F LORIO
KELLY L. COVINGTON
LORIE G. DeMARCAY
DARREN A PATIN
MARC J BITNER
MELISSA L ADERHOLD
MICHAEL H ABRAHAM

* PROFESSIONAL CORP
ALSO ADMITTED IN
† SOUTH CAROLINA
†† TEXAS
◊ TENNESSEE
△ WASHINGTON, DC
▽ MARYLAND
V ALABAMA
> MISSISSIPPI

December 27, 2000

Barry Miller, Esq.
P.O. Box 86279
Baton Rouge, Louisiana 70879-6279

      **RE:**   *Mitchell & Casama, Inc. - Copelco Capital, Inc.*
             *Our File No: 1845-50332-KDE*

Dear Barry:

      As you will recall, undersigned counsel represents Copelco Capital, plaintiff in the above captioned proceedings. This matter was resolved by way of amicable settlement which required your clients, George Mitchell and Mitchell and Casama, Inc. to make monthly payments.

      Please be advised that my client has not received payments becoming due on November 15, 2000, and December 15, 2000. Also, please consider this amicable demand that these payments be made immediately in order to reinstate the terms of the Settlement Agreement, or my client has authorized me to take all appropriate steps pursuant to Paragraph 3 of the Settlement Document, including but not limited to execution on the Consent Judgment. I trust this will not be necessary.

      Please ask Mr. Mitchell to give this matter his prompt attention and to resolve it immediately.

      Please contact me should you wish to discuss this in detail. Also, please consider this the required notification, to the extent any such requirement exists under the terms of the Settlement achieved previously herein.

      With kind regards, I remain

                                Very truly yours,

                                KURT D. ENGELHARDT

KDE/lc

EXHIBIT "C"

# BARRY W. MILLER
A PROFESSIONAL LAW CORPORATION

POST OFFICE BOX 86279
BATON ROUGE, LOUISIANA 70879-6279

BARRY W. MILLER
SUZANNE K. SASSER

Telephone
(225) 296-0600
FAX
(225) 296-0569

January 11, 2001

Kurt D. Engelhardt                          VIA FAX NO. 504-836-6500
Hailey, McNamara, Hall                       AND U. S. MAIL
Suite 1400
One Galleria Blvd.
Metairie, LA 70001

Re: Mitchell & Casama, Inc. - Copelco Capital, Inc.
    Your File No. 1845-50332-KDE

Dear Kurt:

I met with my client yesterday to discuss his financial situation. He indicated that he was in the process of obtaining an SBA loan through Resource Bank of Bogalusa, Louisiana. The amount of the loan should be sufficient to solve his cash flow problems at the present time and to satisfy the claims of your client. He is hopeful that the loan will be approved within thirty days and no later than sixty days.

He has indicated that you may contact Bruce Cacharo, an officer with Resource Bank, at 504-732-5050. Mr. Cacharo is assisting him in obtaining the loan and can advise you of the progress of the loan status.

Thank you for your continued cooperation in this proceeding.

Yours very truly,

Barry W. Miller

cc: M. Mitchell

EXHIBIT "D"

11822 JUSTICE AVE., SUITE B-5 * BATON ROUGE, LOUISIANA 70816

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COPELCO CAPITAL, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-401 |
| | * | |
| MITCHELL & CASAMA, INC., ET AL | * | SECTION: "G" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that plaintiff, Copelco Capital, Inc., will bring on for hearing its Motion [and Incorporated Memorandum] to Enforce Settlement, Including Entry of Consent Judgment on the 28th day of March, 2001 before the Honorable Morey Sear of the Eastern District of Louisiana, at 9:15 o'clock a.m.

New Orleans, Louisiana, this 8th day of March, 2001.

**SIGNATURE BLOCK ON NEXT PAGE**

1 of 2

Respectfully submitted,

HAILEY, McNAMARA, HALL, LARMANN
& PAPALE, L.L.P.

By: _____
KURT D. ENGELHARDT (LA #16902)
WILLIAM R. SEAY (LA #11904)
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Attorneys for Plaintiff, Copelco Capital, Inc.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of March, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid and/or by facsimile service.

_____
KURT D. ENGELHARDT