```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2001 SEP -5 PM 1: 15

               LORETTA G. WHYTE
                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COPELCO CAPITAL, INC. | CIVIL ACTION |
| | NO. 00-401 |
| VERSUS | |
| | SECTION "G" |
| MITCHELL & CASAMA, INC. ET AL | |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Copelco Capital, Inc., and defendants, Mitchell & Casama, Inc., (now merged into George M. Mitchell, Inc.) and George M. Mitchell, who respectfully move this Court to enter the Consent Judgment in the form attached hereto, as negotiated by the parties as part of their previous Settlement Agreement. Defendants George M. Mitchell and George M. Mitchell, Inc. are currently the subject of proceedings instituted under Chapter 11, bearing Docket Nos. 01-12324 "B" and 01-12325 "B", wherein the Automatic Stay has been modified by the United States Bankruptcy Judge for purposes of obtaining the attached Consent Judgment for treatment under the debtors' Chapter 11 Plan. Copelco Capital, Inc. further agrees that, during the pendency of these bankruptcy

1 of 2



proceedings, such Consent Judgment shall not be recorded so as to create an encumbrance other property not already securing such Consent Judgment

**WHEREFORE,** plaintiff, Copelco Capital, Inc., and defendants, George M. Mitchell and Mitchell & Casama, Inc. (now George M. Mitchell, Inc.), respectfully move this Court to enter the Consent Judgment attached hereto.

        Respectfully submitted,

        HAILEY, McNAMARA, HALL, LARMANN
        & PAPALE, L.L.P.

By: _____
    KURT D. ENGELHARDT (LSBA#16902)
    WILLIAM R. SEAY (LSBA#11904)
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Attorneys for Plaintiff, Copelco Capital, Inc.


**BARRY W. MILLER, APLC**

By: _____
    BARRY W. MILLER (LSBA#09678)
    SUSAN K. SASSER (LSBA#17783)
P.O. Box 86279
Baton Rouge, Louisiana 70879-6279
Telephone: (225) 296-0600
Attorney for debtors, George M. Mitchell and
George M. Mitchell, Inc.