FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP -7  P 2: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COPELCO CAPITAL, INC.** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 00-401 |
| | * | |
| **MITCHELL & CASAMA, INC., ET AL** | * | SECTION: "G" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * | * | |

### CONSENT JUDGMENT

Considering the agreement among the parties in these proceedings, and the Joint Motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be Judgment herein in favor of plaintiff, Copelco Capital, Inc., and against defendants, George "Mickey" Mitchell and Mitchell & Casama, Inc. (known now as George M. Mitchell, Inc.) for the full and true sum of $316,664.19, plus all interest thereon from date of judicial demand, and attorney's fees and costs incurred in these proceedings in the amount of $3,704.92, all subject to a credit of $44,000.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the security interest of plaintiff, Copelco Capital, Inc., in the following described moveable property be and is hereby recognized:

    (a)    one (1) Remanufactured Toshiba Tri-Head Nuclear System, which Financing Statement has been recorded in the Parish of St. Tammany, State of Louisiana;

DATE OF ENTRY
SEP 7 - 2001

(b) one (1) used pre-owned Bennett Radiographic X-Ray System with accessories; and

(c) one (1) Remanufactured Siemens 7500 Orbiter Nuclear Medicine and SPECT Camera with accessories including Digital Operators Terminal ECT Table, New Nuclear Mac Computer System, Cardia Gate Large Format Color Imager, Microdot Analog Film Imager, Internal Fax, which Financing Statement has been recorded in the Parish of Washington, State of Louisiana, Instrument No. 48855;

(d) one (1) Spirit Cap Piercer with Color LCD; One Protime Microcoagulation System; and one (1) DT 60 Chemistry Analyzer, which Financial Statement has been recorded in the Parish of Washington, State of Louisiana, Instrument No. 48917.

New Orleans, Louisiana this 7th day of September, 2000.

_____
JUDGE

**APPROVED:**

By: _____
BARRY W. MILER, (09678)
P.O. Box 86279
Baton Rouge, Louisiana 70879-6279
Telephone: (225) 296-0600
Attorney for Defendants,
George "Mickey" Mitchell and
Mitchell & Casama, Inc.

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

By: _____
KURT D. ENGELHARDT (#16902)
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Attorneys for Plaintiff,
Copelco Capital, Inc.