

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COPELCO CAPITAL, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-401 |
| | * | |
| MITCHELL & CASAMA, INC., ET AL | * | SECTION: "G" |
| | * | |
| ************************ | * | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW COMES** Kurt D. Engelhardt of the law firm of Hailey, McNamara, Hall, Larmann & Papale, L.L.P., who respectfully requests that he be withdrawn as counsel of record herein for plaintiff, Copelco Capital, Inc., (n/k/a Citicorp Vendor Finance, Inc.). However, William R. Seay of the law firm of Hailey, McNamara, Hall, Larmann & Papale, L.L.P will remain enrolled herein as counsel of record for plaintiff, Copelco Capital, Inc., (n/k/a Citicorp Vendor Finance, Inc.).

**(ATTORNEY SIGNATURE CONTINUED ON FOLLOWING PAGE)**

DATE OF ENTRY

NOV 0 7 2001

_Fee_____
_Process_____
_Dktd_____
_CtRmDep_____
_Doc.No._____


Respectfully submitted,

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

BY: _____
　　KURT D. ENGELHARDT
　　(#16902)

BY: _____
　　WILLIAM R. SEAY
　　(#11904)

One Galleria Blvd., Suite 1400
Post Office Box 8288
Metairie, Louisiana  70011-8288
(504) 836-6500
Attorneys for Plaintiff,
  **Copelco Capital, Inc.,**
  **(n/k/a Citicorp Vendor Finance, Inc.)**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the United States Mail this 5th day of ___Nov.___, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COPELCO CAPITAL, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-401 |
| MITCHELL & CASAMA, INC., ET AL | * | SECTION: "G" |

**O R D E R**

Considering the foregoing Motion to Withdraw as Counsel of Record;

**IT IS ORDERED** that Kurt D. Engelhardt of the law firm of Hailey, McNamara, Hall, Larmann & Papale, L.L.P. be and is hereby withdrawn as counsel of record herein for plaintiff, Copelco Capital, Inc., (n/k/a Citicorp Vendor Finance, Inc.).

**IT IS FURTHER ORDERED** that William R. Seay of the law firm of Hailey, McNamara, Hall, Larmann & Papale, L.L.P. remain enrolled as counsel of record herein for plaintiff, Copelco Capital, Inc., (n/k/a Citicorp Vendor Finance, Inc.), and all further notices from this Court be directed to him as counsel of record.

New Orleans, Louisiana, this 7th day of November, 2001.

_____
JUDGE